# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0793. PHILLIP FREEMAN v. GREGORY MCLAUGHLIN, WARDEN.

A jury found Phillip Freeman guilty of aggravated child molestation. Following the grant of an out-of-time appeal, his conviction was affirmed on appeal. See *Freeman v. State*, Case Number A13A1442, decided Aug. 22, 2013. Freeman then filed a petition for habeas corpus, which the trial court denied. Freeman filed this direct appeal. However, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 02/05/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*